UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an [Application for Admission](#) before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at [Register for eFiling](#).

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __15-1394__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Kevin Willes

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

s/ Andrew J. Toland III
(signature)

| | |
|---|---|
| Andrew J. Toland III | (410) 296-0780 |
| Name (printed or typed) | Voice Phone |
| Discepolo LLP | (410) 296-2263 |
| Firm Name (if applicable) | Fax Number |
| 111 S. Calvert St., Suite 1950 | |
| Baltimore, Maryland 21202 | andy@discepolollp.com |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on __April 30, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Brian A. Troyer (Ohio Bar No. 0059671)<br>Brian.Troyer@thompsonhine.com<br>Thompson Hine LLP<br>127 Public Square<br>3900 Key Center<br>Cleveland, OH 44114-1291 | C. Dennis Southard IV (D. Md. Bar No. 15010)<br>dennis.southard@thompsonhine.com<br>THOMPSON HINE LLP<br>1919 M Street NW<br>Suite 700<br>Washington, D.C. 20036-1600 |

s/ Andrew J. Toland III                                                         April 30, 2015
Signature                                                                          Date

05/07/2014
SCC