FILED: May 18, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1394

(1:12-cv-00137-CCB)

_____

KEVIN WILLES

      Plaintiff - Appellant

v.

WELLS FARGO BANK, N.A.

      Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 06/09/2015

Opening brief due: 06/09/2015

Response brief due: 07/13/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk